

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00240-CV

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF TRANSPORTATION, Appellant | § | On Appeal from the 97th District Court |
| | § | of Montague County (2020-0331M-CV) |
| V. | § | February 10, 2022 |
| MARK SELF AND BIRGIT SELF, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part. We reverse the portions of the trial court's order denying Texas Department of Transportation's plea to the jurisdiction as to Mark Self and Birgit Self's negligence claim and inverse-condemnation claim, and we render judgment dismissing those claims. We affirm the remainder of the trial court's order that denies the plea to the jurisdiction on the Selfs' independent-contractor claim.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel